| | |
|---|---|
| 1 | JEFFREY D. DINTZER (S.B. #139056) |
|   | jeffrey.dintzer@alston.com |
| 2 | MATTHEW C. WICKERSHAM (S.B. #241733) |
|   | matt.wickersham@alston.com |
| 3 | ALSTON & BIRD LLP |
|   | 333 South Hope Street, 16th Floor |
| 4 | Los Angeles, California  90071 |
|   | Telephone:     +1 213 576 1000 |
| 5 | Facsimile:      +1 213 576 1100 |

Attorneys for Plaintiffs FIVE POINT HOLDINGS, LLC and CP DEVELOPMENT CO., LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIVE POINT HOLDINGS, LLC and CP DEVELOPMENT CO., LLC | Case No. _____ |
|   | **CORPORATE DISCLOSURE STATEMENT OF FIVE POINT HOLDINGS, LLC AND CP DEVELOPMENT CO., LLC** |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Five Point Operating Company, LP;
2. The Shipyard Communities, LLC;
3. UST Lennar HW Scala SF Joint Venture;
4. HPSCP Opportunities, L.P.

Dated: February 27, 2020

RESPECTFULLY SUBMITTED,

JEFFREY D. DINTZER
MATTHEW C. WICKERSHAM
ALSTON & BIRD LLP

By:   /s/ Jeffrey D. Dintzer
        Jeffrey D. Dintzer

Attorneys for Plaintiffs FIVE POINT HOLDINGS, LLC and CP DEVELOPMENT CO., LLC