1  BRETT A. SHUMATE
   Assistant Attorney General
2  JONATHAN D. GUYNN
   Deputy Assistant Attorney General
3  J. PATRICK GLYNN
   Director, Torts Branch
4  ALBERT K. LAI
   Assistant Director
5  CAROLINE W. STANTON
   ROSEMARY C. YOGIAVEETIL
6  Trial Attorneys
7  Civil Division, Torts Branch
   P.O. Box 340
8  Washington, D.C. 20044
9  (202) 598-7354

10  *Attorneys for the United States of America*

11              **UNITED STATES DISTRICT COURT**
12        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  FIVE POINT HOLDINGS, LLC, et al. | Case No. 3:20-cv-01480-JD |
| 14 | Case No. 3:20-cv-01481-JD |
|                   Plaintiffs, | Case No. 3:20-cv-01485-JD |
| 15          vs. | |
| 16  UNITED STATES OF AMERICA, | **UNITED STATES' ADMINISTRATIVE** |
| 17 | **MOTION FOR STAY OF PROCEEDINGS** |
|                    Defendant. | **IN LIGHT OF LAPSE OF** |
| 18 | **APPROPRIATIONS** |
| 19  FIVE POINT HOLDINGS, LLC, et al. | |
| 20 | Trial Date: December 8, 2025 |
|                   Plaintiffs, | Time: 9:00am |
| 21          vs. | Courtroom: 11 |
| 22  TETRA TECH, INC. et al., | Judge: Hon. James A. Donato |
| 23  Defendants. | |
| 24  CPHP DEVELOPMENT, LLC, et al., | |
| 25 | |
|                   Plaintiffs, | |
| 26          vs. | |
| 27  TETRA TECH, INC., et al., | |
| 28  Defendants. | |

Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(A), the United States hereby moves the Court for an order staying all deadlines, including all pretrial and trial dates, and continuing all such deadlines until after Congress has enacted funding for the Department of Justice and the shutdown of the federal government has come to an end.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Navy, the Environmental Protection Agency, and the Nuclear Regulatory Commission. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the above-listed agencies are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of proceedings until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be stayed. When funding is restored, the United States will confer with all parties and update the Court regarding any potential request for extensions of deadlines commensurate with the duration of the lapse in appropriations.

5. Counsel for the Government conferred with the other parties on October 1, 2025. Counsel for Plaintiffs Five Point and Lennar take no position and defer to the Court. Counsel for Tetra Tech consents and notes that the stay should apply to the three cases consolidated for trial.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of proceedings in these cases until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

1   DATED: October 1, 2025                Respectfully submitted,

2                                         BRETT A. SHUMATE
                                          Assistant Attorney General
3

4                                         JONATHAN D. GUYNN
                                          Deputy Assistant Attorney General
5

6                                         J. PATRICK GLYNN
                                          Director, Torts Branch
7

8                                         ALBERT K. LAI
                                          Assistant Director
9
                                          */s/ Caroline W. Stanton*
10                                        CAROLINE W. STANTON
                                          ROSEMARY C. YOGIAVEETIL
11                                        Trial Attorneys
                                          Civil Division, Torts Branch
12                                        P.O. Box 340
                                          Washington, D.C. 20044
13                                        (202) 598-9070
                                          caroline.w.stanton@usdoj.gov
14

15                                        *Attorneys for the United States of America*

16

17

18

19

20

21

22

23

24

25

26

27

28