UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CPHP DEVELOPMENT, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TETRA TECH, INC., et al., <br><br> Defendants. | Case No. 3:20-cv-01485-JD |
| FIVE POINT HOLDINGS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, et al., <br><br> Defendants | Case No. 20-cv-01480-JD |
| FIVE POINT HOLDINGS, LLC, et al. <br><br> Plaintiffs, <br><br> v. <br><br> TETRA TECH, INC., et al., <br><br> Defendants. | Case No. 20-cv-01481-JD |

**JOINT STATUS REPORT FOR FEBRUARY 12, 2026 STATUS CONFERENCE**

Plaintiffs CPHP Development, LLC, HPS Development Co., LP, HPS1 Block 50, LLC, HPS1 Block 51, LLC, HPS1 Block 53, LLC, HPS1 Block 54, LLC, HPS1 Block 55, LLC, HPS1 Block 56/57, LLC, and Lennar Corporation (collectively, "Lennar"); Five Point Holdings, LLC and CP Development Co., LLC (jointly, "Five Point," and together with Lennar, "Plaintiffs"); Tetra Tech, Inc., Tetra Tech EC, Inc. (jointly, "Tetra Tech Defendants"); and the United States of

1  America (together with Tetra Tech Defendants, "Defendants") file this Joint Status Report

2  identifying four pending issues. The parties request the Court address issues one through three at

3  the February 12, 2026 status conference. The final item summarizes pending expert related

4  discovery motions that are listed for the Court's convenience.

5  **Pending Issues**[1]

6      1. Trial length for the above captioned actions;

7      2. Trial resetting for the above captioned actions;

8      3. Plaintiffs' Rule 39 Motion for an Advisory Jury against the United States; and

9      4. Outstanding expert-related motions.

10  **1. Trial Length**

11  All parties jointly request guidance from the Court regarding trial length so as to facilitate

12  trial preparation and maximize judicial economy. The parties have different positions regarding

13  the estimated time needed for trial, which are set forth on the dockets in Case No. 20-cv-1480,

14  ECF Nos. 262 and 263; Case No. 3:20-cv-01481, ECF Nos. 322 and 323; and Case No. 3:20-cv-

15  01485, ECF Nos. 383, 384, and 386. Plaintiffs request each side receive sixty-five (65) hours of

16  trial time for a total trial time of one hundred thirty (130) hours (an approximately 6.5-week trial).

17  Defendants request each side receive fifteen (15) hours for a total trial time of thirty (30) hours

18  (an approximately two-week trial).

19  **2. Trial Date**

20  The parties have met and conferred regarding trial date and then followed up with key

21  witnesses, experts, and stakeholders. Given the number of people whose schedules are impacted,

22  the parties were unable to reach agreement on a particular start for trial

23  <u>Plaintiffs' Requested Trial Dates</u>: Plaintiffs request a trial start date of May 11, 2026, or

24  May 18, 2026. A key witness for Plaintiffs – former Lennar CIO / Five Point CEO, Emile Haddad

---

[1] Also set for hearing on February 12 are the Bayview Plaintiffs' motions to appoint guardians ad litem and approve compromise of minors' claims, (ECF No. 369) and the Tetra Tech defendants' motion for good faith settlement determination (ECF No. 371) in *Bayview Hunters Point Residents, et al. v. Tetra Tech EC, Inc., et al.*, 3:19-cv-01417 (N.D. Cal.).

JOINT STATUS REPORT FOR FEB. 12, 2026 STATUS CONFERENCE
NOS. 3:20-cv-01480-JD; 3:20-cv-01481-JD; 3:20-cv-01485-JD

1  – has an immovable conflict from June 1 through June 21. Since Plaintiffs intend to call Mr.
2  Haddad in their case in chief, Plaintiffs need trial to commence in May. Co-lead counsel for
3  Plaintiffs, Daniel Petrocelli, has an immovable conflict from August 31 – September 13. If the
4  Court is not inclined to start trial on May 11 or May 18, Plaintiffs are available on Tetra Tech's
5  proposed trial dates of September 21 or September 28, and into October 2026.

6  <u>The United States' Requested Trial Dates</u>: Counsel for the United States are unavailable
7  June 22 – September 13 and October 19 – 30, due to other scheduled federal trials. Of the trial
8  dates requested by the other parties, the United States is available on May 11, May 18, June 8,
9  September 21, and September 28. Of the suggested dates, the United States would prefer if trial
10 commenced May 18 or June 8, due to competing trial deadlines in other matters. If the Court
11 prefers a September date, the United States requests September 28.

12 <u>Tetra Tech Defendants' Requested Trial Dates</u>: Excepting the dates when counsel for the
13 United States are in trial, the Tetra Tech Defendants are available to commence trial on June 8,
14 September 14, September 21, or September 28. The Tetra Tech Defendants have multiple
15 immovable conflicts in May and the first week of June:

16 - Tetra Tech, Inc. General Counsel/Corporate Secretary and client trial representative
17   Preston Hopson must attend corporate board meetings May 4-6 and an arbitration
18   scheduled 18 months ago requiring his attendance May 18-22 and 26-28.
19 - Tetra Tech, Inc. Chairman of the Board and CEO, and key trial witness for the Tetra Tech
20   Defendants must attend corporate board meetings May 4-6 and has immovable travel to
21   Europe for an investor conference and client meetings May 11-15.
22 - Co-lead trial counsel who will be appearing in the case, Mike Olsen, is also unavailable
23   May 5-14 and has travel for a family event that cannot be moved during the first week of
24   June.

25 **3. Rule 39 Motion for Advisory Jury Against the United States**

26 Plaintiffs moved for the Court to empanel the jury that will hear the claims against the
27 Tetra Tech Defendants to also serve as an advisory jury against the United States. The United

28 JOINT STATUS REPORT FOR FEB. 12, 2026 STATUS CONFERENCE
NOS. 3:20-cv-01480-JD; 3:20-cv-01481-JD; 3:20-cv-01485-JD

States opposed. Case No. 20-cv-1480, ECF Nos. 265, 269, 271; Case No. 3:20-cv-01481, ECF Nos. 328, 332; Case No. 20-cv-01485, ECF Nos. 390, 391, 393. The motion is now fully briefed, and all parties agree that early resolution of this issue will facilitate trial planning and judicial economy.

**4. Outstanding Expert-Related Motions**

The parties filed several FRE 702 or FRCP 37 motions seeking to exclude expert testimony, as well as several letter briefs concerning expert documents or depositions. Pursuant to this Court's July 10, 2025 order, (Case No. 3:20-cv-1485, ECF No. 368), the parties met and conferred and withdrew four pending FRE 702 motions. *See* Case No. 3:20-cv-1485, ECF No. 372, Joint Status Report Regarding Pending Daubert Motions (withdrawing ECF Nos. 308 (regarding Mr. Meyers), 309 (regarding Mr. Paustenbach and Mr. Gibbons), 314 (regarding Dr. Frazier and Mr. Miller), and 317 (regarding Mr. Emsbo-Mattingly)). As a result, Plaintiffs and Defendants now collectively have nine (9) pending expert motions filed under FRE 702 or FRCP 37. The following matters are fully briefed, and the Parties will be prepared to address them at a later date set by the Court:

Plaintiffs[2] have four (4) Rule 702 motions pending to exclude three (3) experts:

- Motion to Exclude or Limit Expert Testimony of Love (Case No. 20-cv-01485, ECF Nos. 311, 338, 351);
- Motion to Exclude or Limit Expert Testimony of Gibbons (Case No. 20-cv-01485, ECF Nos. 310, 336, 352);
- Motion to Exclude or Limit Expert Testimony of Hennet (Case No. 20-cv-01485, ECF Nos. 312, 339, 353); and
- (Five Point) Motion to Exclude or Limit Expert Testimony of Hennet (Case 3:20-cv-01481-JD, ECF Nos. 325).

---

[2] Five Point also filed letter briefs on certain issues related to expert document and deposition discovery. (Case No. 20-1481, ECF Nos., 262, 263, 264; Case No. 20-1480, ECF Nos. 213). Plaintiffs also are conferring with the United States concerning an examination of a representative of Exponent and may file a motion on that issue. The parties agree these matters are not to be argued at the February 12, 2026 status conference.

JOINT STATUS REPORT FOR FEB. 12, 2026 STATUS CONFERENCE
NOS. 3:20-cv-01480-JD; 3:20-cv-01481-JD; 3:20-cv-01485-JD

4

Tetra Tech Defendants have three (3) Rule 702 motions and one (1) Rule 37 motion pending to exclude four (4) experts:

- Rule 37 Motion to Exclude or Limit Expert Testimony of Anastasi (Case No. 3:20-cv-01481, ECF Nos. 260, 283, 294) (jointly filed with the United States, Case No. 3:20-cv-01480, ECF Nos. 212, 231, 238);
- Motion to Exclude or Limit Expert Testimony of Hall (Case No. 20-cv-01485, ECF Nos. 316, 333, 346);
- Motion to Exclude or Limit Expert Testimony of Malowane (Case No. 3:20-cv-01481, ECF Nos. 274, 287 303); and
- Motion to Exclude or Limit Expert Testimony of Pennino (Case No. 3:20-cv-01481, ECF Nos. 273, 291, 302).

The United States, joined by Tetra Tech Defendants, has one (1) Rule 702 pending motion to exclude one (1) expert:

- Motion to Exclude or Limit Expert Testimony of Sussman (Case No. 3:20-cv-01481, ECF Nos. 268, 282, 284, 297).

JOINT STATUS REPORT FOR FEB. 12, 2026 STATUS CONFERENCE
NOS. 3:20-cv-01480-JD; 3:20-cv-01481-JD; 3:20-cv-01485-JD

Dated: February 5, 2026

By: */s/ David Marroso*
DANIEL PETROCELLI
DAVID MARROSO
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

On behalf of Lennar and Five Point


By: */s/ Davina Pujari*
MAYER BROWN LLP
Davina Pujari
Christopher A. Rheinheimer

Attorneys for Defendants Tetra Tech EC, Inc. and Tetra Tech EC, Inc.


By: */s/ Caroline Stanton*
CAROLINE W. STANTON
ROSERMARY C. YOGIAVEETIL
U.S. Department of Justice
Civil Division, Torts Branch
Environmental Tort Litigation
1100 L St., NW
Washington, DC 20005
Telephone: 202-598-9070

JOINT STATUS REPORT FOR FEB. 12, 2026 STATUS CONFERENCE
NOS. 3:20-cv-01480-JD; 3:20-cv-01481-JD; 3:20-cv-01485-JD

1

**Civil Local Rule 5-1(i)(3) Attestation**

Pursuant to Local Rule 5-1(i)(3), I, David Marroso, the ECF filer of this document, hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.

DATE: February 5, 2025

By: */s/ David Marroso*

David Marroso