UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 12, 2026      Judge: Hon. James Donato

Time: 11 Minutes

Case No.    **3:20-cv-01480-JD Five Point Holdings, LLC et al v. United States of America**
**3:20-cv-01481-JD Five Point Holdings, LLC et al v. Tetra Tech, Inc. et al**
**3:20-cv-01485-JD CPHP Development, LLC et al v. Tetra Tech, Inc. et al**

Attorney(s) for Plaintiff(s):    Daniel Petrocelli/David Marroso
Attorney(s) for Defendant(s):    Geoff Yost/Caroline Stanton/Rosemary Yogiaveetil/
Davina Pujari/Chris Rheinheimer

Deputy Clerk: Lisa R. Clark      Court Reporter: Marla Knox

## PROCEEDINGS

Status Conference -- Held

## NOTES AND ORDERS

A jury trial is set for January 11, 2027, at 9:00 a.m. A pretrial conference will be held on November 19, 2026, at 1:30 p.m.

For the trial, the parties should presently estimate presentation times of no more than 20 hours per side, exclusive of openings and closings. The trial time will likely be lowered at the pretrial conference as the case is streamlined.

The pending motions identified by the parties in their joint status reports, Dkt. Nos. 255, 342, will be resolved by written order.

Pursuant to agreement, the parties will file by February 26, 2026, a joint statement designating a new mediator.